NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TERON L. JONES,                              )
                                             )
          Appellant,                         )
                                             )
v.                                           )          Case No. 2D18-4274
                                             )
STATE OF FLORIDA,                            )
                                             )
          Appellee.                          )
_____)

Opinion filed May 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Donald G. Jacobsen,
Judge.

Teron L. Jones, pro se.


PER CURIAM.

          Affirmed.  See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); McDonald v.

State, 133 So. 3d 530 (Fla. 2d DCA 2013); Hughes v. State, 22 So. 3d 132 (Fla. 2d

DCA 2009); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State,

827 So. 2d 1054 (Fla. 2d DCA 2002); Desmond v. State, 576 So. 2d 743 (Fla. 2d DCA

1991); Smith v. State, 120 So. 3d 155 (Fla. 4th DCA 2013); Roker v. State, 25 So. 3d

647 (Fla. 4th DCA 2010); Francois v. State, 934 So. 2d 536 (Fla. 3d DCA 2006); Colson

v. State, 717 So. 2d 554 (Fla. 4th DCA 1998); Brown v. State, 493 So. 2d 80 (Fla. 1st

DCA 1986).

SILBERMAN, MORRIS, and SALARIO,JJ., Concur.